# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MEDINA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, *et al.*,<br><br>Respondents. | Case No. CV 10-1495 RT (JCG)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.
2. Judgment shall be entered dismissing this action with prejudice.
3. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated: __8/13/10__

_/s/ Robert J. Timlin_
HON. ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE