1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

11  LUIS ALBERTO MEDINA,              )   Case No. CV 10-1495 RT (JCG)
12              Petitioner,            )
                                       )   JUDGMENT
13        v.                           )
                                       )
14  ERIC H. HOLDER, *et al.*,          )
15              Respondents.           )
                                       )
16                                     )
17  ─────────────────────────────── )

18        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
19  **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
20  Recommendation.
21
22
23  Dated: _8/13/10_____          *Robert Jr Timlin*_____
24                                          HON. ROBERT J. TIMLIN
25                                          UNITED STATES DISTRICT JUDGE
26
27
28