# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MEDINA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, *et al.*,<br><br>Respondents. | Case No. CV 10-1495 RT (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally parrot and rehash the arguments made in the Petition and Petitioner's oppositions to Respondents' Motion to Dismiss, and fail to meaningfully address or refute the Report and Recommendation. Thus, the Objections are without merit.

///
///
///
///

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.
2. Judgment shall be entered dismissing this action with prejudice.
3. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated: 3/8/11

HON. ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE