# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MEDINA, | Case No. CV 10-1495 RT (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERIC H. HOLDER, *et al.*, | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: 3/8/11

HON. ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE